UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE F. IBARRA, an individual, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>  Defendant. | No. CV 17-4344 PA (ASx)<br><br>JUDGMENT |

In accordance with the Court's January 19, 2018 Order granting summary judgment as to liability to Plaintiff Jacqueline Ibarra ("Plaintiff") and the Court's May 8, 2018 Findings of Fact and Conclusions of Law, it is ORDERED, ADJUDGED, and DECREED that:

1.  Judgment is entered against defendant Wells Fargo Bank, N.A. ("Defendant") and in favor of Plaintiff and the other members in the certified class comprising all non-exempt employees for Wells Fargo who at any time during the period from March 17, 2013 to August 1, 2017 worked for Wells Fargo in California in the job titles of Home Mortgage Consultant, Home Mortgage Consultant, Jr., Private Mortgage Banker, or Private

Mortgage Banker, Jr. and were subject to the common compensation plans during this period (the "Certified Class");

    2. The Certified Class is awarded $97,284,817.91 in damages; and

    3. Plaintiff is entitled to recover her costs of suit.

DATED: May 8, 2018

                                                Percy Anderson
                                   UNITED STATES DISTRICT JUDGE