**FILED**

NOV 9 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JACQUELINE F. IBARRA, an individual, on behalf of themselves and all others similarly situated,

Plaintiff-Appellant,

v.

WELLS FARGO BANK, N.A.,

Defendant-Appellee.

No. 18-56425

D.C. No. 2:17-cv-04344-PA-AS
Central District of California,
Los Angeles

ORDER

The appellant's unopposed motion (Docket Entry No. 2) to stay appellate proceedings is granted. The previously established briefing schedule is vacated. Appellate proceedings are stayed pending this court's decision in *Ibarra v. Wells Fargo Bank, N.A*, appeal No. 18-55626, or until further order of this court. The appellant shall file a status report on January 31, 2019 and every 90 days thereafter while appeal No. 18-55626 is pending. The appellant shall notify this court by filing a status report within 7 days of the decision. Failure to file a status report will terminate the stay of appellate proceedings. The briefing schedule will be reset in a future order.

tah/10.29.18/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7