SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
PAUL BERKOWITZ, Cal. Bar No. 251077
pberkowitz@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   (310) 228-3700
Facsimile:    (310) 228-3701

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE F. IBARRA, an individual; on behalf of himself and all other similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, NA.; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:17-cv-4344 PA(ASx) <br><br> Assigned to Hon. Percy Anderson <br><br> **NOTICE OF LODGING [PROPOSED] ORDER RE: PAYMENT OF JUDGMENT TO CLASS MEMBERS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Central District of California Local Rule 5-1, the parties, hereby lodge the attached [PROPOSED] ORDER RE: PAYMENT OF JUDGMENT TO CLASS MEMBERS.

Dated: July 14, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By         /s/ Thomas R. Kaufman
                 Thomas R. Kaufman
                 Attorney for Defendant
                 Wells Fargo Bank, N.A.