Joshua H. Haffner, SBN 188652
(jhh@haffnerlawyers.com)
Graham G. Lambert, SBN 303056
(gl@haffnerlawyers.com)
**HAFFNER LAW PC**
445 South Figueroa St., Suite 2625
Los Angeles, California 90071
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Paul Stevens, SBN: 207107
(pstevens@stevenslc.com)
**STEVENS, L.C.**
1855 Industrial Street, Suite 518
Los Angeles, California 90021
Telephone: (213) 270-1211
Facsimile: (213) 270-1223

Attorneys for Plaintiff, JACQUELINE IBARRA,
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE F. IBARRA, an individual; on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NA.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-4344 PA(ASx)<br><br>Assigned to Hon. Percy Anderson<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs hereby notify the Court that the parties have reached a global resolution of all issues in the following closely-related cases: *Ibarra v. Wells Fargo*, USDC, Central District of California, Case No. 2:17-cv-04344-PA; and *Kang v. Wells Fargo*, USDC, Northern District of California, Case No. 5:17-cv-06220-BLF (with which *Moses v. Wells Fargo*, USDC, Northern District of California, Case No. 3:18-cv-06679, has been consolidated). The parties are in the process of documenting the proposed settlement.

This matter is presently stayed pending the decision by the California Supreme Court's decision in *Ferra v. Loews Hollywood Hotel, LLC* and there are no matters on calendar. The parties respectfully request that the Court continue the stay in light of the proposed settlement while parties are in the process of documenting the proposed settlement.

DATED: October 29, 2020      **HAFFNER LAW PC**

By: /s/ Joshua H. Haffner
Joshua H. Haffner
Graham G. Lambert
Attorneys for Plaintiffs

-1-
NOTICE OF SETTLEMENT